IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LUTHER FREEMAN,
 Plaintiff,

vs.             3:12cv331/MCR/CJK

GREAT LAKES EDUCATIONAL
LOAN SERVICES, INC. and
U.S. DEPARTMENT OF EDUCATION,
 Defendants.
_____

REPORT AND RECOMMENDATION

  The court having been advised that this matter has been settled between the plaintiff and defendant Great Lakes Educational Loan Services, Inc. (doc. 41), it is hereby respectfully RECOMMENDED:

  1. This cause be DISMISSED with prejudice as to defendant Great Lakes Educational Loan Services, Inc. only, with each party to bear their own attorney's fees and costs.

  2. That the Motion for Summary Judgment filed by defendant Great Lakes Educational Loan Services, Inc. (doc. 39) be DENIED as moot.

  DONE AND ORDERED this 20th day of November, 2012.

             /s/ *Charles J. Kahn, Jr.*
             CHARLES J. KAHN, JR.
             UNITED STATES MAGISTRATE JUDGE

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).