IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LUTHER FREEMAN,

    Plaintiff,

v.                                          Case No.: 3:12cv331/MCR/CJK

**GREAT LAKES EDUCATIONAL**
**LOAN SERVICES, INC. and**
**U.S. DEPARTMENT OF EDUCATION,**

    Defendants.
_____/

## ORDER

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on November 20, 2012, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. This cause is DISMISSED WITH PREJUDICE as to defendant Great Lakes Educational Loan Services, Inc. only, with each party to bear their own attorney's fees and costs.

3. The Motion for Summary Judgment filed by defendant Great Lakes Educational Loan Services, Inc. (doc. 39) is DENIED as moot.

DONE AND ORDERED this 7th day of January, 2013.

                                                      *s/ M. Casey Rodgers*
                                                      **M. CASEY RODGERS**
                                                      **CHIEF UNITED STATES DISTRICT JUDGE**