IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**LUTHER FREEMAN,**

    **Plaintiff,**

v.                                    **Case No.: 3:12cv331/MCR/CJK**

**GREAT LAKES EDUCATIONAL
LOAN SERVICES, INC. and
U.S. DEPARTMENT OF EDUCATION,**

    **Defendants.**
_____/

## ORDER

Upon consideration of the magistrate judge's Report and Recommendation filed on January 8, 2013 (doc. 50), pursuant to 28 U.S.C. § 636(b)(1)(B), the court finds that the Report and Recommendation should be adopted in part and rejected in part as the opinion of the court. Specifically, the Report and Recommendation is adopted to the extent it allows the plaintiff thirty (30) days in which to effect service of process on the United States Department of Education ("DOE"). In the event he fails to do so, any claims against the DOE will be dismissed. The Report and Recommendation otherwise is rejected. The plaintiff's Motion to Amend Response to Dismiss [*sic*] (doc. 51), which the court construes as a motion for leave to file an amended complaint, is GRANTED. Finally, Educational Credit Management Corporation's Motion to Dismiss (doc. 45) and Second Motion to Dismiss (doc. 52) are referred to the magistrate judge for a report and recommendation that takes into account the allegations made in the plaintiff's amended complaint.

DONE AND ORDERED this 26th day of February, 2013.

                                           s/ *M. Casey Rodgers*
                                           **M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**