# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

LUTHER FREEMAN,

    Plaintiff,

v.                                    Case No.: 3:12cv331/MCR/CJK

GREAT LAKES EDUCATIONAL
LOAN SERVICES, et al.,

    Defendants.
_____/

## ORDER

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on April 22, 2013, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The Motion to Dismiss (doc. 45) and Amended Motion to Dismiss (doc. 52), filed by Educational Credit Management Corporation are **GRANTED** and the amended complaint (doc. 51) is **DISMISSED** as to that party.

3. This action is **DISMISSED WITHOUT PREJUDICE** as to the United States Department of Education.

4. The clerk is directed to close the file.

DONE AND ORDERED this 28th day of May, 2013.

                                      *s/ M. Casey Rodgers*
                                      **M. CASEY RODGERS**
                                      **CHIEF UNITED STATES DISTRICT JUDGE**